# Exhibit B

*FROM THE OFFICE OF THE*
**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

December 5, 2005

Countrywide Bank, N.A.
99 Rosewood Drive
Suite 225
Danvers, MA 01923

**Re: Notice of Rescission by George R. Creamer and Jessica L. Creamer, 223 Main Street, Cranston, RI 02823, Loan Number: 120356465, Closing Date 10-24-2005.**

To Whom It May Concern:

I represent George R. Creamer and Jessica L. Creamer concerning the mortgage loan transaction they entered into with Countrywide Bank, N.A. on October 24, 2005. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Creamer were not provided with <u>**any**</u> material disclosures until well after the consummation of the loan, in violation of 15 U.S.C. Section 1635(a), Regulation Z, Section 226.17, Section 226.23.

The security interest held by Countrywide Bank, N.A. on the Creamers' property located at 223 Main Street, Cranston is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**George R. Creamer,**
**Jessica L. Creamer,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: George R. Creamer
Jessica L. Creamer