# Exhibit C

Countrywide®

400 Countrywide Way, SV-11
Simi Valley, CA 93065

(805) 520-5100
(805) 577-3439 Fax

**VIA FAX (401) 728-6534 AND OVERNIGHT MAIL**

December 30, 2005

Christopher M. Lefebvre
**Family and Consumer Law Center**
Two Dexter Street
P.O. Box 479
Pawtucket, RI 02862

| | | |
|---|---|---|
| Re: | CHL Borrowers: | George Creamer and Jessica Creamer |
| | CHL Loan Number: | 120356465 |
| | Property Address: | 223 Main Street, Cranston RI 02823 |

Dear Mr. Lefebvre:

Countrywide Home Loans, Inc., ("Countrywide") is in receipt of your letter dated December 5, 2005 wherein you state that your clients, George R. Creamer and Jessica L. Creamer (the "Creamers"), did not receive any disclosures at the consummation of the loan.

Enclosed for your review are copies of the signed Truth In Lending Disclosures; whereby the Creamers acknowledged receiving two complete copies each of the Notice Of Right To Cancel and one complete copy each of the Federal Truth In Lending Disclosure Statement as required by the Federal Truth In Lending Act. Based on the foregoing, the Creamers' claim to rescind the mortgage transaction is denied and this matter is closed.

To the extent that you have additional information, we will consider reopening your claim to rescind the mortgage. Should you have any questions or need additional information, please feel free to contact me at (805) 578-6341.

Sincerely,

Rosa Reyes
Sr. Paralegal

Enclosures