UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GEORGE R. CREAMER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for Countrywide<br><br>Defendants. | Civil Action No. 06-cv-00134-S-DLM |

**STIPULATION TO EXTEND TIME**

Plaintiff George R. Creamer ("Plaintiff") and defendants Countrywide Bank, N.A. ("Countrywide") and Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through their attorneys, hereby agree and stipulate that Countrywide and MERS shall have up to and including May 3, 2006 to answer or otherwise plead in response to the Plaintiff's Complaint in the above-captioned action.

Respectfully submitted,

**GEORGE R. CREAMER**

By his attorney,

Christopher M. Lefebvre /BRB w/ permission

Christopher M. Lefebvre
CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
R.I. Bar No. 4019

Dated: April 18, 2006

**COUNTRYWIDE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

By their attorney,

John B. Daukas
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000
R.I. Bar No. 5437

William E. Smith
U.S. District Judge
4/21/06

**CERTIFICATE OF SERVICE**

I, Brook L. Ames, do hereby certify under the penalties of perjury, that on this 18th day of April, 2006, I arranged for the service, by first-class U.S. Mail, postage pre-paid, of a copy of the foregoing on the following counsel of record:

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862

Brook L. Ames