**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GEORGE R. CREAMER** | : | |
| **Plaintiff,** | : | **C.A. 06-00134-S-DLM** |
| | : | |
| **VS.** | : | |
| | : | |
| **COUNTRYWIDE** | : | |
| **BANK, N.A. and MORTGAGE** | : | |
| **ELECTRONIC REGISTRATION** | : | |
| **SYSTEMS, INC. as nominee for** | : | |
| **Countrywide** | : | |
| **Defendants** | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANTS' COUNTERCLAIM**

Plaintiff George R. Creamer ("Plaintiff") by and through their attorney, Christopher M. Lefebvre, hereby answer the Defendants' Counterclaim to the Plaintiff's Complaint filed by the Defendants Countrywide Bank, N.A. and Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide ("Defendants"), and states:

1. The allegations set forth in paragraphs 4, 5 and 6 state conclusions of law to which no response is required. To the extent a response is required, Plaintiff denies such allegations.

2. The remainder of the Defendants' Counterclaim is a prayer for relief to which "Plaintiff" is not required to respond. To the extent that a further response may be required, "Plaintiff" prays that the Defendants' Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiff favor on all counts of the Complaint, that "Plaintiff" be awarded his cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiff George R. Creamer prays that the Court dismiss the Defendants' Countrywide Bank, N.A. and Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Counterclaim.

Respectfully submitted,

Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019

**CERTIFICATION**

I hereby certify that on this 18 day of May, 2006 a copy of the foregoing Plaintiff's Answer to the Defendants' Counterclaim was mailed to John B. Daukas, Esq. counsel of record, Goodwin Procter LLP, Exchange Place, Boston, MA 02109, counsel for defendants.