**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| GEORGE R. CREAMER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for Countrywide,<br><br>Defendants. | Civil Action No. 06-00134-S-DLM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff George R. Creamer and defendants Countrywide Bank, N.A. and Mortgage Electronic Registration Systems, Inc., hereby jointly stipulate to the dismissal of the above-captioned action ***with prejudice***, without costs and fees, and waiving all rights of appeal.

CLAUDE LEFEBVRE, CHRISTOPHER LEFEBVRE, P.C.

By: ______________________
Christopher M. Lefebvre

Counsel for Plaintiff
P.O. Box 479
Pawtucket, R.I. 02862
(401) 728-6060

Dated August 16, 2006

GOODWIN PROCTER LLP

By: ______________________
John B. Daukas

Counsel for Defendants
Exchange Place
Boston, MA 02109
(617) 570-1000

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 8/22/06